■ In the Matter of ROSE S. MANCINI, Respondent, v EDMOND R. MANCINI, Appellant. [666 NYS2d 493] —In proceedings pursuant to Family Court Act articles 4 and 6 for support and custody, the father appeals from (1) an order of the Family Court, Westchester County (Shapiro, J.), entered April 5, 1996, which granted the mother's motion for an award of attorney's fees in the sum of $934 in connection with his article 4 support proceeding and in the sum of $3,382 in connection with his article 6 custody proceeding, and (2) an order of the same court also entered April 5, 1996, which granted the mother's separate motion to impose a sanction against him, and imposed a sanction against him in the sum of $2,500 in each of the proceedings.

■ In the Matter of ROSE S. MANCINI, Respondent, v EDMOND R. MANCINI, Appellant. [678 NYS2d 498] —Motion by the appellant on appeals from two orders of the Supreme Court, Westchester County, both entered April 5, 1996, in effect, to waive the requirements of 22 NYCRR 670.10 (g) regarding certification of the record on appeal. By decision and order on motion of this Court dated December 12, 1996, the motion was

referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion, the papers filed in opposition thereto, and upon the argument of the appeals, it is

Ordered that the motion is granted. Ritter, J. P., Sullivan, Goldstein and Lerner, JJ., concur.